UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

SHARON ASHMAN,
on behalf of herself and
similarly situated employees,

     Plaintiff,

v.

TMG SOUTH, INC.,
MONTANA HORTON and
PATRICIA CAVE,

     Defendants.

_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants TMG SOUTH, INC., MONTANA HORTON and PATRICIA CAVE, by and through their undersigned counsel, pursuant to 28 U.S.C. § 1441(a), hereby remove to this Court the cause of action currently pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida styled *Sharon Ashman, on behalf of herself and similarly situated employees v. TMG South, Inc., Montana Horton and Patricia Cave*, Case No. CACE17-000086(13), and say:

### Introduction

1.    Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 because Plaintiff's complaint arises under the laws of the United States.

2.    This action was commended on or about December 27, 2016, when Plaintiff filed her complaint in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.  A true and correct copy of Plaintiff's complaint is attached

hereto as Exhibit "A."

3.     The Clerk of Court issued summonses to each Defendant on January 3, 2017.  True and correct copies of the summonses are attached hereto as Composite Exhibit "B."

### Removal is Proper Because Plaintiff's Complaint Arises Under the Laws of the United States

4.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 because Plaintiff's complaint purports to state a claim for unpaid overtime compensation against all Defendants under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA").

5.     The Supreme Court has expressly held that a claim under the FLSA initially filed in state court is properly removable to federal court.  *See Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691 (2003).

6.     Moreover, Plaintiff's complaint also purports to state a claim against all Defendants pursuant to another federal statute, 26 U.S.C. § 7434.

### Procedural Requirements

7.     This notice of removal is being properly filed in the Southern District of Florida, since this is the district court of the United States within which the state court action is pending.  *See* 28 U.S.C. § 1446(a).

8.     This notice of removal is being timely filed with this Court within thirty (30) days after the first-served Defendant was served with Plaintiff's complaint.  *See* 28 U.S.C. § 1446(b).

9.     A copy of this notice of removal is being filed with the state court where this action is pending and notice thereof is being given to all adverse parties "promptly

after" the filing of the notice in this Court.  *See* 28 U.S.C. § 1446(d).

10.     Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's complaint; attached hereto as Composite Exhibit "B" are true and correct copies of the summonses which were issued to each Defendant; and attached hereto as Exhibit "C" is a true and correct copy of the summons which was served on Defendant TMG SOUTH, INC.

**No Waiver of Defenses nor Admission of Plaintiff's Allegations**

11.     By filing this notice of removal, Defendants do not (a) waive any available defenses or (b) admit any of the allegations set forth in Plaintiff's complaint.

WHEREFORE, Defendants respectfully request that this Court exercise jurisdiction over this action.

Dated:   February 7, 2017          Respectfully submitted,
         Boca Raton, FL

                                    *s/ Adam S. Chotiner*
                                    ADAM S. CHOTINER, ESQ.
                                    Florida Bar No. 0146315
                                    E-Mail: aschotiner@sbwlawfirm.com
                                    SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.
                                    7777 Glades Rd., Suite 400
                                    Boca Raton, FL  33434
                                    Tel:   (561) 477-7800
                                    Fax:  (561) 477-7722
                                    Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF and Via E-Mail.

s/ Adam S. Chotiner
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Sharon Ashman v. TMG South, Inc., et al.*
Case No. _____
United States District Court, Southern District of Florida

| | |
|---|---|
| Scott M. Behren, Esq.<br>E-Mail: scott@behrenlaw.com<br>Behren Law Firm<br>2893 Executive Park Dr., Suite 110<br>Weston, FL 33331<br>Tel: (954) 636-3802<br>Fax: (772) 252-3365<br>Counsel for Plaintiff<br>*Via E-Mail* | Adam S. Chotiner, Esq.<br>E-Mail: aschotiner@sbwlawfirm.com<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL 33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendants<br>*Via CM/ECF* |